# EXHIBIT A





# EXHIBIT B



**Carducci Chery**
February 25, 2017 · Facebook
Groups for iOS · 🌐

★★★ GUILT SUNDAYS ★★★ 🎵 THIS SUNDAY & EVERY 🎵 SUNDAYS N @ CLUB GUILT ┗► 75 WARRENTON ST. BOSTON, MA ►FOR MORE INFO 617.590.1848

👍 Like        💬 Comment        �forward Share

# EXHIBIT C



# EXHIBIT D







# EXHIBIT E



Guilt Nightclub
November 24, 2015 · ⚙

This Thanksgiving eve come celebrate the biggest Russian Pre Thanksgiving party in New England!

👍 1

👍 Like     💬 Comment     ↪ Share

Write a comment...

# EXHIBIT F











Instagram

**wbop** • Follow
Guilt Nightclub Boston

**wbop** Sept.5th Don't miss our ALL WHITE LABOR DAY PARTY with DJ Ronsta!!! The #1 Destination is Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! We host a FULL HOUSE each week! #VIPTables reservations happen quickly! Book yours TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3 #WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #Summer #LatinSaturdays #GuiltNightclub

401w

13 likes
SEPTEMBER 2, 2015

Add a comment... Post

Instagram

**wbop** • Follow
Guilt Nightclub Boston

**wbop** Sept.5th Don't miss our ALL WHITE LABOR DAY PARTY with DJ Ronsta!!! The #1 Destination is Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! We host a FULL HOUSE each week! #VIPTables reservations happen quickly! Book yours TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3 #WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #Summer #LatinSaturdays #GuiltNightclub

401w

**rinaluluca** 👣✅ nice!!

398w Reply

7 likes

SEPTEMBER 2, 2015

Add a comment... Post

Instagram

**wbop** • Follow
Guilt Nightclub Boston

**wbop** Sept.5th Don't miss our ALL WHITE LABOR DAY PARTY with DJ Ronsta!!! The #1 Destination is Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! We host a FULL HOUSE each week! #VIPTables reservations happen quickly! Book yours TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3 #WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #Summer #LatinSaturdays #GuiltNightclub

401w

**alatbantu1** cool!!!!! :)

401w Reply

7 likes

SEPTEMBER 2, 2015

Add a comment... Post

Instagram

**wbop** • Follow
Guilt Nightclub Boston

**wbop** TONIGHT!!! Sept.5th Don't miss our ALL WHITE LABOR DAY PARTY with DJ Ronsta!!! The #1 Destination is Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! We host a FULL HOUSE each week! #VIPTables reservations happen quickly! Book yours TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3 #WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #Summer #LatinSaturdays #GuiltNightclub

401w

6 likes
SEPTEMBER 5, 2015

Add a comment... Post

Instagram

**wbop** • Follow
Guilt Nightclub Boston

**wbop** TONIGHT!!! Sept.5th Don't miss our ALL WHITE LABOR DAY PARTY with DJ Ronsta!!! The #1 Destination is Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! We host a FULL HOUSE each week! #VIPTables reservations happen quickly! Book yours TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3 #WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #Summer #LatinSaturdays #GuiltNightclub

401w

6 likes

SEPTEMBER 5, 2015

Add a comment... Post

5/16/23, 10:56 PM
Case 1:23-cv-11763-ADB    Document 1-1    Filed 08/02/23    Page 20 of 44
Aimann.jardan-Felice (@wbop) • Instagram



# EXHIBIT G

**wbop** • Follow
Guilt Nightclub Boston

**wbop** BOSTON'S OFFICIAL LATIN HALLOWEEN BASH!!! "Dirty Doctors & Naughty Nurses" Featuring DJ Flow!!!! Oct. 31st Join us for Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! Book you #VIPTables TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #LatinSaturdays

11 likes
OCTOBER 15, 2015

Add a comment... Post

More posts from **wbop**



5/25/23, 11:17 AM wbop on Instagram: "BOSTON'S OFFICIAL LATIN HALLOWEEN BASH!!! "Dirty Doctors & Naughty Nurses" F...



 **wbop** • Follow
Guilt Nightclub Boston

 **wbop** BOSTON'S OFFICIAL LATIN HALLOWEEN BASH!!! "Dirty Doctors & Naughty Nurses" Featuring DJ Flow!!!! Oct. 31st Join us for Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! Book you #VIPTables TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp

   

**8 likes**
OCTOBER 15, 2015

 Add a comment...                    Post

---

More posts from **wbop**

  

    



Instagram Boston's Official Latin Halloween Bash!!! "Dirty Doctors & Naughty Nurses" F...



**wbop** • Follow
Guilt Nightclub Boston



**wbop** BOSTON'S OFFICIAL LATIN HALLOWEEN BASH!!! "Dirty Doctors & Naughty Nurses" Featuring DJ Flow!!!! Oct. 31st Join us for Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! Book you #VIPTables TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp

12 likes
OCTOBER 15, 2015

Add a comment...    Post

More posts from **wbop**







 **mortaiient** • Follow
Guilt Nightclub Boston

 **mortaiient** **SABADO OCT 31ST:
BOSTON OFFICIAL HALLOWEEN
PARTY **
HANDS DOWN: BEST LATIN NIGHT!!!
**
#1 SATURDAY NIGHT ..
Come party with the Grown &
International Latin Crowd at Guilt
Nightclub in Boston(78 warrenton st)
!! Lo Mejor de Musica Latina & Top40!
500+ Sexy & Grown Ppl Living It Up!..
For Table RSVP or Guestlist:
617.820.3204 / 857.310.8600
for photo gallery visit:
Facebook.com/mortaiient.
@heriheredia @georgiemortaii
@gsenightlife #latinmusic #top40
#turnup #edm #celebration #vip
#guestlist #entertainment #drunk

            

**14 likes**
OCTOBER 16, 2015

 Add a comment...                    Post

---

More posts from **mortaiient**



                                

Case 1:23-cv-11763-ADB Document 14 Filed 08/02/23 Page 26 of 44



 **mortaiient** · Follow
Guilt Nightclub Boston

 **mortaiient** THIS SATURDAY NIGHT **SABADO OCT 31ST: BOSTON OFFICIAL HALLOWEEN PARTY ** FROM NEW YORK CITY LA MEGA: @DJFLOWNY.... HANDS DOWN: BEST LATIN NIGHT!!! ** #1 SATURDAY NIGHT ..
Come party with the Grown & International Latin Crowd at Guilt Nightclub in Boston(78 warrenton st) !! Lo Mejor de Musica Latina & Top40! 500+ Sexy & Grown Ppl Living It Up!.. For Table RSVP or Guestlist: 617.820.3204 / 857.310.8600 for photo gallery visit: Facebook.com/mortaiient.
@heriheredia @georgiemortaii @gsenightlife #latinmusic #top40 #turnup #edm #celebration #vip

      

**15 likes**
OCTOBER 29, 2015

 Add a comment...                    Post

---

More posts from **mortaiient**



---

                

5/25/23, 2:44 PM
Case 1:23-cv-11763-ADB: Document 1-1 Filed 08/02/23 Page 27 of 44
wbop on Instagram: DIRTY DOCTORS & NAUGHTY NURSES: OFFICIAL LATIN HALLO...

Instagram











wbop • Follow
Guilt Nightclub Boston

wbop TONIGHT!!! ARRIVE EARLY!!!
AVOID THE LINES!!! BOSTON'S
OFFICIAL LATIN HALLOWEEN BASH!!!
"Dirty Doctors & Naughty Nurses"
Featuring DJ Flow!!! Oct. 31st Join us
for Latin Saturdays @ Guilt Nightclub
on 78 Warrenton St, Boston, MA We
are a Latin Night Sensation!!! A place
to celebrate with #grown #sexy
Latinos and escape into a vibrant
evening of #LatinMusic! Book you
#VIPTables TODAY! Ask about our
#Party packages RSVP Victor
617.201.5920 Click->
http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife
#Salsa #Merengue #Bachata #Top40
#Upscale #Trendy
#Birthdaycelebration #BottleService

7 likes

OCTOBER 31, 2015

Add a comment...                    Post

More posts from **wbop**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta

Case 1:23-cv-11763-ADB Instagram: WBOP's GROWN & SEXY... IT'S OCTOBER THE OFFICIAL LATIN HALL...











**wbop** • Follow
Guilt Nightclub Boston

...are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! Book you #VIPTables TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy #Birthdaycelebration #BottleService #Dance #Cocktails #PartyUp #clubbing #LatinSaturdays #GuiltNightclub #LadiesNight #Halloween #October #DirtyDoctor #NaughtyNurses

393w

7 likes
OCTOBER 31, 2015

Add a comment...                Post

---

More posts from **wbop**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2023 Instagram from Meta

Case 1:23-cv-11763-ADB Document 1-1 Filed 08/02/23 Page 29 of 44



 **wbop** • Follow
Guilt Nightclub Boston

 **wbop** TONIGHT!!! ARRIVE EARLY!!! AVOID THE LINES!!! BOSTON'S OFFICIAL LATIN HALLOWEEN BASH!!! "Dirty Doctors & Naughty Nurses" Featuring DJ Flow!!!! Oct. 31st Join us for Latin Saturdays @ Guilt Nightclub on 78 Warrenton St, Boston, MA We are a Latin Night Sensation!!! A place to celebrate with #grown #sexy Latinos and escape into a vibrant evening of #LatinMusic! Book you #VIPTables TODAY! Ask about our #Party packages RSVP Victor 617.201.5920 Click-> http://goo.gl/Bkkc3

#WBOP #Boston #bostonnightlife #Salsa #Merengue #Bachata #Top40 #Upscale #Trendy

7 likes
OCTOBER 31, 2015

Add a comment... Post

More posts from **wbop**

  

   



 **mortaiient** • Follow
Guilt Nightclub Boston

:: Lo Mejor de Música Latina & Top40!
500+ Sexy & Grown Ppl Living It Up!..
For Table RSVP or Guestlist:
617.820.3204 / 857.310.8600
for photo gallery visit:
Facebook.com/mortaiient.
@heriheredia @georgiemortaii
@gsenightlife #latinmusic #top40
#turnup #edm #celebration #vip
#guestlist #entertainment #drunk
#rumba #gozadera #party #partying
#fun #crazy #friends #chill #cool
#memories #night #mortaiiBOSTON
OFFICIAL HALLOWEEN PARTY **
FROM NEW YORK CITY LA MEGA: DJ
FLOW... HANDS DOWN: BEST LATIN
NIGHT!!! **
#1 SATURDAY NIGHT ..
Come party with the Grown &
International Latin Crowd at Guilt
Nightclub in Boston(78 warrenton st)

17 likes
OCTOBER 31, 2015

Add a comment...    Post

---

More posts from **mortaiient**



# EXHIBIT H











# EXHIBIT I



# EXHIBIT J



**Guilt Nightclub**
February 1, 2013 · ⚙

"MATCH ME IF YOU CAN" Party Feb 16th at Guilt TRIP Saturday with **DJ KevyKev** and DJ Calibrixx. Things are going to get a bit weird!
— with **El Steff**.

👍 2

👍 Like          💬 Comment          ↗ Share

Write a comment...





# EXHIBIT K



**Guilt Nightclub**
August 13, 2013 · ⚙

Starting this Saturday and every Saturday left in August, we will be having an official Playboy Ladies of Golf Casting at Guilt Nightclub! Must be 21+. Ladies this is your chance to get into Playboy Magazine!

We will also be signing up any golfers interested in participating in the 2013 Playboy golf Tournament on Friday September 6th!

for more information go to
www.playboygolftournaments.com

👍 6                                    1 ↗

👍 Like        💬 Comment        ↗ Share

Write a comment...